**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**DANIA BUESO, et al.**,

                      **Plaintiffs,**                                <u>**ORDER**</u>

              **-against-**                                          **18-CV-380 (ENV)**

**JENNINGS GATE RESTAURANT INC.,**
**et al.**,

                      **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The parties to this action, which includes a Fair Labor Standards Act claim, have informed this Court that they have accepted its settlement proposal. They are directed to file their <u>Cheeks</u> submissions by **May 29, 2019**. If the parties file and execute a consent form pursuant to 28 U.S.C. § 636, then this Court will schedule a telephonic <u>Cheeks</u> hearing.

      **SO ORDERED.**

Dated: Brooklyn, New York
       April 29, 2019

                                        *Roanne L. Mann*
                           **ROANNE L. MANN**
                           **CHIEF UNITED STATES MAGISTRATE JUDGE**