ROANNE L. MANN  DATE: May 30, 2019
UNITED STATES MAGISTRATE JUDGE  START: 12:30pm
  END: 12:45pm

DOCKET NO: 18 cv 380

CASE: Bueso v. Jennings Gate

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Delvis Melendez |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Adam Guttell |
|  |  |
|  |  |

- [ ] _____ DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court denies without prejudice plaintiffs' motion to enforce the parties' oral settlement (DE #55), as any such motion should be addressed to the District Court in the first instance. Rather than litigate the issue, the Court encourages the parties to attempt to resurrect the settlement, noting that the Court's settlement proposal did not include any payment schedule and that defendants were afforded sufficient time to ascertain whether they could obtain a home equity loan

sufficient to fund the entire settlement. The parties are directed to confer and, by June 6, 2019, to file a joint status report.