ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: December 2, 2019  
START: 11:40 AM  
END: 12:10 pm

DOCKET NO: 18-cv-380

CASE: Bueso et al v. Jennings Gate Restaurant Inc. et al

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☑ SETTLEMENT CONFERENCE
- ☑ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: Delvis Melendez

**DEFENDANT** — **ATTORNEY**: Heather Hili

- ☐ _____ DISCOVERY TO BE COMPLETED BY _____
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

This Court conducts a fairness hearing on the parties' proposed FLSA/NYLL class/collective action settlement (DE #79). For the reasons stated on the record, the Court concludes that the $425,000 settlement, which was reached after arms-length negotiations before this Court, is fair and reasonable, within the meaning of Cheeks; that the notice to the class was the best notice practicable under the circumstances and constitutes valid, due and sufficient notice under Rule 23 of the FRCP; that the settlement class satisfies the requirements of Rule 23, and that the named plaintiffs, as well as class counsel,

fairly and adequately represented the interests of the class; and that the proposed allocation of the settlement funds, among class members and class counsel, including $142,850 in fees and costs and $20,000 in combined service awards to the two named plaintiffs, is fair and reasonable. Accordingly, and considering that no class members chose to object or opt out, this Court recommends that the District Court grant the parties' motion for approval of the class/collective settlement (DE #79) and so-order the [Proposed] Final Order Approving Settlement (Exhibit A to Supplemental Declaration of Delvis Melendez, DE #91-1).

Given the time-sensitive nature of the distribution, any objections to this Court's recommendations must be filed with Judge Vitaliano by December 5, 2019.

Attached to this Report and Recommendation is the allocation of the settlement funds, net of fees and costs, among the class members.

| First Name | Last Name | Amount | Service Award | |
|---|---|---|---|---|
| Dania | Bueso | $25,205.00 | | $10,000 |
| Jose | Canalez | $6,914.77 | | |
| Fredy | Bueso | $24,855 | | $10,000 |
| Lorenzo | Sierra | $3,529.15 | | |
| Dennis | Mendoza | $62.41 | | |
| Carlos | Mendez | $4,678.67 | | |
| Gennaro | Valencia | $9,911.24 | | |
| Mike | Waly | $2,880.11 | | |
| Mynor | Portillo | $41,566.27 | | |
| Blanca | Costano | $1,797.34 | | |
| Damaris | Flores | $14,974.38 | | |
| Gerson | Florez | $8,042.27 | | |
| Robert | Konia | $936.11 | | |
| Edwin | Villarta | $3,460.16 | | |
| Joseline | Soto | $3,597.11 | | |
| Juan | Salomonca | $3,345.74 | | |
| Kevin | Dominguez | $6,479.99 | | |
| Jonathan | Montez | $2,096.90 | | |
| Francisco | Mendez | $492.33 | | |
| Marvin | Grandado | $26,132.86 | | |
| Jonthan | Munoz | $3,347.48 | | |
| Armanda | Hernandez | $1,965.84 | | |
| Tanya | Reyez | $2,496.31 | | |
| Elmer | Ramos | $1,965.84 | | |
| Jose | Gramma | $2,290.71 | | |
| Christian | Acosta | $946.52 | | |
| Nelson | Vasquez | $7,020.86 | | |
| Gabriella | Pellechia | $3,342.28 | | |
| Brian | Lopez | $7,582.53 | | |
| Brian | Flores | $17,318.12 | | |
| Sindy | Amaya | $21,430.40 | | |
| Wilmer | Dominguez | $1,485.30 | | |

*262,150  +  $20,000 (service)  = $282,150* (handwritten)