**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIA BUESO and FREDY BUESO, *on behalf of themselves and others similarly situated,* | |
| Plaintiffs, | |
| -against- | Case No.: 18-cv-0380(ENV)(RLM) |
| JENNINGS GATE RESTAURANT, INC., d/b/a Storyville American Table and SANDRA FINLEY AND SHANNON FINLEY in their individual capacity, | |
| Defendants. | |

## RELEASE

WHEREAS, Plaintiff Dania Bueso (hereinafter "Ms. Bueso"), and Defendants Jenningsgate Rest. Inc. (improperly named herein as Jennings Gate Restaurant, Inc., d/b/a Storyville American Table) ("Jenningsgate"), Sandra Finley and Shannon Finley (collectively "Defendants") entered into a Settlement Agreement and Release which the Court approved and So Ordered on December 16, 2019 (the "Settlement Agreement"), the terms of which are herein incorporated by reference.

WHEREAS, pursuant to the Settlement Agreement, Ms. Bueso received a settlement check in the gross amount of $35,205 (net amount of $24,831.39) (the "Settlement proceeds").

WHEREAS, Ms. Bueso has represented that she is unable to cash the settlement check due to a lack of identification.

WHEREAS, the Court by Order dated January 23, 2020, Ordered that the parties enter into an agreement pursuant to which Ms. Bueso will release her Fair Labor Standards Act claims in exchange for the Settlement proceeds, which will be wired to counsel for Ms. Bueso, Delvis Melendez by the Settlement Claims Administrator.

NOW THEREFORE, in consideration of the mutual covenants and promises set forth in this Agreement and the Settlement Agreement (the terms of which are incorporated herein by reference), as well as the good and valuable consideration provided for herein, the Parties hereto agree to the following terms and conditions:

1.    Ms. Bueso in consideration for the Settlement Proceeds releases and discharges Jenningsgate Restaurant Inc., Sandra Finely, Shannon Finley, as well as their respective owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, insurers, reinsurers, parents, subsidiaries, affiliates, benefit plans, plan

1

fiduciaries, and/or administrators, and all persons acting by, through, under or in concert with any of them, as well as their present and former owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, parents, subsidiaries, affiliates, benefit plans, plan fiduciaries, and all persons acting by, through, under or in concert with any of them, from all actions that could be brought against them for failure to pay wages. Said sums are to be wired by the Settlement Claims Administrator directly into the IOLA Account of Delvis Melendez, Esq, on behalf of Ms. Bueso within 3 business days of the Court's Order approving this Agreement.

2.    By executing this Agreement Dania Bueso consents to join the FLSA collective action against the Defendants styled *Bueso, et al. v. Jenningsgate Restaurant Inc., et. al* No. 18-cv-0390 and release Defendants from all wage and hour claims under the Fair Labor Standards Act and New York Labor Law which were or which could have been brought in the Litigation, including but not limited to claims related to minimum wage and overtime wage claims, through December 30, 2019.

3.    No waiver, modification or amendment of the terms of this Agreement, whether purportedly made before or after the Court's approval of this Agreement, shall be valid or binding unless in writing, signed by or on behalf of all parties and then only to the extent set forth in such written waiver, modification or amendment, subject to any required Court approval.

**HAVING ELECTED TO EXECUTE THIS AGREEMENT AND TO FULFILL THE PROMISES SET FORTH HEREIN AND TO RECEIVE THEREBY HER PORTION OF THE SETTLEMENT AMOUNT AND OTHER CONSIDERATION DANIA BUESO FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION AND CONSULTATION WITH HER ATTORNEYS, ENTERS INTO THIS AGREEMENT INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS SHE HAS OR MIGHT HAVE AGAINST DEFENDANTS AS SET FORTH IN THIS AGREEMENT.**

**I AFFIRM THAT THE MEANING, EFFECT AND TERMS OF THIS SETTLEMENT HAVE BEEN FULLY EXPLAINED TO ME AND TRANSLATED INTO SPANISH, IF NECESSARY.**

**ESTOY DE ACUERDO CON ESTOS TÉRMINOS YO AFIRMO QUE ME HAN EXPLICADO EL SIGNIFICADO, EFECTO Y LOS TERMINOS DE ESTE ACUERDO Y, SI ES NECESARIO, LOS MISMOS HAN SIDO TRADUCIDOS EN ESPANOL.**

DANIA BUESO

By: _Dania Bueso_

Date                                    Dania Bueso

**STATE OF NEW YORK, COUNTY OF SUFFOLK**

On the _28_ of _J._ in the year 2020, before me, the undersigned, personally appeared Dania Bueso, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledges to me that she executed same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted executed the instrument.

_____

Notary Public.

DENNIS MELENDEZ
Notary Public, State of New York
Qualified in Queens County
No. 02ME0007119
Commission Expires Oct. 27, 2021

3

JENNINGSGATE REST. Inc.

Jan. 29, 2020
Date

By: _Sandra Finley_

Name : Sandra Finley

SANDRA FINLEY

Jan. 29, 2020
Date

By: _Sandra Finley_

Sandra Finley

SHANNON FINLEY

Jan 29, 2020
Date

By: _Shannon Finley_

Shannon Finley

4814-2680-3891, v. 1